```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| BENNETT DEATON, | ) Case No. EDCV 08-1396-SJO(RC) |
| Plaintiffs, | ) ORDER ADOPTING REPORT AND |
| vs. | ) RECOMMENDATION OF UNITED STATES |
| | ) MAGISTRATE JUDGE |
| LELAND MCELHANEY; JOHN MCMAINS; FRANK TAYLOR; RICHARD YOUNG; MARIE FOURNIER; JON HEGNESS; WILLIAM GALE; CARL LEBLANC; LISA ROGAN; TERRANCE BROWN; LAURA FARGOSO; KATHRYN CORTEZ; SCOT DAVIS; FRANK GONZALES; JEREMY DORROUGH; TORG WOLD; DANIEL HAUETER; BRUNICK, MCELHANEY & BECKETT; AND DOES 1 through 10 inclusive, | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the First Amended Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as plaintiff's objections to the Report and Recommendation,[1] and has made a de novo determination.

---

[1] The exhibits to plaintiff's objections were stricken by the Court as improperly filed.

1   IT IS ORDERED that (1) the Report and Recommendation is
2  approved and adopted; (2) defendants' motion to dismiss under
3  Rule 12(b)(6) for failure to state a claim is granted, and Judgment
4  shall be entered dismissing all federal claims with prejudice; and
5  (3) the Court declines to retain jurisdiction over plaintiff's
6  state law claims, and Judgment shall be entered dismissing those
7  claims without prejudice.

9   IT IS FURTHER ORDERED that the Clerk shall serve copies of
10 this Order, and the Magistrate Judge's Report and Recommendation by
11 the United States mail on plaintiff.

13 DATED: ___July 14, 2009

*/s/ S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

16 R&R\08-1396.ado2
   7/8/09

2