1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT
8                     CENTRAL DISTRICT OF CALIFORNIA
9
10
11  BENNETT DEATON,                    ) Case No. EDCV 08-1396-SJO(RC)
                                       )
12             Plaintiffs,             )
    vs.                                ) JUDGMENT
13                                     )
    LELAND MCELHANEY; JOHN             )
14  MCMAINS; FRANK TAYLOR; RICHARD)
    YOUNG; MARIE FOURNIER; JON         )
15  HEGNESS; WILLIAM GALE; CARL        )
    LEBLANC; LISA ROGAN; TERRANCE )
16  BROWN; LAURA FARGOSO; KATHRYN )
    CORTEZ; SCOT DAVIS; FRANK          )
17  GONZALES; JEREMY DORROUGH;         )
    TORG WOLD; DANIEL HAUETER;         )
18  BRUNICK, MCELHANEY & BECKETT; )
    AND DOES 1 through 10              )
19  inclusive,                         )
                                       )
20             Defendants.             )
                                       )
21
22       Pursuant to the Order of the Court approving the recommendations
23  of the United States Magistrate Judge, and adopting the same as the
24  facts and conclusions of law herein,
25
26       IT IS ADJUDGED that Judgment be entered dismissing all federal
27  claims with prejudice.
28  //

IT IS FURTHER ADJUDGED that Judgment be entered dismissing plaintiff's state law claims without prejudice.

DATE: July 14, 2009

*/s/ S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

R&R\08-1396.jud
6/18/09